JOHN BALAZS, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
balazslaw@gmail.com

Attorney for Petitioner
IVAN GUADALUPE HERNANDEZ NAVARRO

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVAN GUADALUPE HERNANDEZ NAVARRO,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY,<br>Respondent. | Case No.: 1:26-CV-05555-DJC-CKD (HC)<br><br>**ORDER** |

For the reasons set forth in Petitioner's motion for voluntarily dismissal, Petitioner's motion for voluntary dismissal is GRANTED and the § 2241 petition in this action is DISMISSED.

IT IS SO ORDERED.

Dated: August 7, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE